# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2017.
Not final until disposition of timely filed motion for rehearing.

————————————

Nos. 3D17-1583 and 3D17-2274
Lower Tribunal No. 00-35187A

————————————

**Terrence Harris,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Victoria Del Pino, Judge.

Terrence Harris, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before ROTHENBERG, C.J., and FERNANDEZ, and LUCK, JJ.

FERNANDEZ, J.

Terrence Harris appeals the denial of his 3.850 motion for post-conviction relief and the lower Court's Final Order Prohibiting Defendant from Filing Further Pro Se Pleadings in the Circuit Court. We consolidate both appeals and affirm without discussion.

## ORDER TO SHOW CAUSE

Furthermore, as it appears that Harris has submitted multiple pro se post-conviction appeals, [1] all of which have been meritless, we order Harris to show good cause within thirty (30) days why this Court should not prohibit him from submitting further pro se appeals, petitions, motions or other proceedings related to circuit court case number F00-35187A, unless such pleadings are signed by an attorney who is a duly licensed member of the Florida Bar in good standing. After this order to show cause and giving Harris an opportunity to respond, this Court may prevent such further filings. State v. Spencer, 751 So. 2d 47 (Fla. 1999).

Additionally, and absent a showing of good cause, this Court may issue an order to be forwarded to the Florida Department of Corrections for its consideration of disciplinary action, including the forfeiture of gain time. See § 944.279(1), Fla. Stat. (2017).

Affirmed. Order to show cause issued.

---

[1] See 3D15-2638; 3D14-1192; 3D14-1050; 3D12-2972; 3D10-2995; 3D10-412; 3D09-1223; 3D08-3155; 3D07-2990; and 3D07-1255.